UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ERICA BURLEY, *et al.*,

                                        Plaintiffs,

                    -against-

THE CITY OF NEW YORK, *et. al.*,

                                        Defendants.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/08

**ORDER OF FINAL
APPROVAL OF CLASS
ACTION SETTLEMENT**

03 Civ. 0735 (WHP)(FM)

        For the reasons stated on the record at the Fairness Hearing held in this matter on

August 11, 2008, Final Approval is hereby given to the Stipulation and Order of Class Action

Settlement previously so-ordered by the Court on September 15, 2008.  It is further ordered that

this action be dismissed against defendants, with prejudice, and without costs, expenses, or fees

in excess of the amounts specified in the aforementioned Stipulation and Order of Class Action

Settlement.

                                        SO ORDERED:

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

10/23/08

U.S.D.J.