USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ERICA BURLEY, et al.

         03 Civ. 735 (WHP)

      Plaintiffs,

 -against-        **ORDER**

THE CITY OF NEW YORK, et al.

      Defendants.

----------------------------------------X

 WHEREAS, the Plaintiffs and Class Members moved on October 16, 2008, to Substitute the Adminstrators of the Estates of Plaintiffs Susan Daniels and Niklan Jones who died during the pendency of the case; and,

 WHEREAS, the Court has considered the Affidavits and Exhibits submitted in su pport of the Motion; and,

 WHEREAS, the Defendants consent to the Relief Requested;

 It is hereby ORDERED that the Administrators of the Estates of Susan Daniels and Niklan Jones are Substituted as Plaintiffs and the formal caption of the case is herein amended as appears in the attachment to this Order.

 IT IS SO ORDERED

DATED: New York, New York

   November 10, 2008

              _____
              THE HONORABLE WILLIAM H. PAULEY, III
              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ERICA BURLEY, JULIA ROSENBLATT,
ANDREW FLOWERS, JONSON MILLER
ADMINISTRATOR OF THE ESTATE OF
SUSAN DANIELS, ADMINISTRATOR OF THE
ESTATE OF NIKLAN JONES,
ADAM DAVIS, MICHAEL CRUZ, ETHAN
HEILMAN, JESSE O'BRIEN, RYAN FLETCHER,
GREGORY ROBERTS, MARIA ZANTI, NATASHA
STOUDT, SARA EVERS, LAUREL RIPPLE,
HAYLEY LOVE, JOSEPHINE BELLACCOMO,
GEOFFREY BOYCE, DUSKIN DRUM, HOWARD
EDELSTEIN, CYNTHIA FAND,
"JAMIE" PETER GRAHAM, JENNIFER HERTEL,
THOMAS KOUTSOUKOS, RICHARD LECARI,
SAMANTHA LEVENS, WILLY BEN LEVITT,
MICHAEL McLEAN, CORA ROTUSSNEY,
DAVID STRANO, VICTOR SZULC,
ERIN RUNIONS, ASHLEY PAIGE
PHINNEY, MEGHAN LOWRY, JESSICA
COLMAN, ORA WISE, JONATHAN ZUPKUS,
GEOFFREY WINDER,
GRAHAM CORIEL-ALLEN, GREGORY HOLT,
EFTYHIA THEODOROPOULOS, CHRISTINA
DENDY, TOMAS RIVERA, IAN ROSS,
JONATHON CROWELL, IAN BRANNIGAN and
ELEANORE RENEE EVELETH, individually and
on behalf of a class of all others similarly situated,

                          Plaintiffs,

   -against-

THE CITY OF NEW YORK, a municipal entity;
RAYMOND KELLY, New York City Police
Commissioner, individually and in his official
capacity; JOSEPH ESPOSITO, Chief of the New
York City Police Department, individually and in
his official capacity; ALAN HOEHL, former Chief
of Patrol, Manhattan Borough South, New York

O3 Civ. 735 (WHP)

1

City Police Department, individually and in his former official capacity; GEORGE GRASSO, First Deputy Police Commissioner, New York City Police Department, individually and in his official capacity; and NEW YORK CITY POLICE and COMMAND OFFICERS "JOHN DOES" and "MARY ROES", DEPUTY CHIEF MICHAEL TIFFANY, DARLENE CAINROWE, GEOVANNI CANCEL, Shield # 9050, "JOE" BRADLEY,"JOE" WOLFE, "JOE" DARBY, "JOE" MADDOCK, JOHN CERES, DANNY GUZMAN, AIDA HADDOCK, ROBERT LOFRESE, FRANCISCO ALVAREZ, DET. ANTHONY GARIFO, WAYNE CHIN, MARGARET THOMAS, DAVID CUCE, DET. STEVEN DONOVAN, ANDREW CAPPA, HARRY LaBOY, MARIA MALDONADO, VINCENT MURPHY, WILLIAM WALLACE, YAHAIRA RODRIGUEZ, LT. DERMOT SHEA, SHEILA McCARTHY, VANESSA BRAGG, NIKOS MITSINIKOS, LT. THOMAS CULLEN, JAMES SECRETO, DET JORGE TOIMII, JOSEPH SZANISZIO and JAVIER VELOZ, "JOE" LOUIE, CHRISTINE HERNANDEZ, individually and in their official capacities,

       Defendants.

------------------------------------------------------------

2